18-3743-MJ-SIMONTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED BY YR
Dec 7, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

2018 NOV -6  P 4: 00

UNITED STATES OF AMERICA, )
)
v. )
) NO. 3:18-CR-176
MATTHEW SCRUGGS, ) JUDGES Varlan / Poplin
BRITNEY BREWER, )
TORIN HOARD, )
ERIN LAMARR, )
BRENDAN ORTIZ. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from on or about July 26, 2017, up to and including on or about June 15, 2018, in the Eastern District of Tennessee and elsewhere, the defendants, MATTHEW SCRUGGS, BRITNEY BREWER, TORIN HOARD, ERIN LAMARR, and BRENDAN ORTIZ, did combine, conspire, confederate, and agree with one another and others to knowingly, intentionally and without authority, distribute and possess with intent to distribute, Alprazolam, a Schedule IV controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

The Grand Jury further charges that, on or about June 8, 2018, within the Eastern District of Tennessee, the defendant, MATTHEW SCRUGGS, did knowingly possess firearms in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as set forth in Count One of this Indictment, which is incorporated herein by reference, all in violation Title 18, United States Code, Section 924(c).

## COUNT THREE

The Grand Jury further charges that, on or about June 8, 2018, within the Eastern District of Tennessee, the defendant, BRITNEY BREWER, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, firearms in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:



J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

Cynthia F. Davidson
Assistant United States Attorney

AO 442 (Rev. 01/09) Arrest Warrant

HSI

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED BY: RC
DATE: 11/7/18   TIME: 8:15
U.S. MARSHAL  E/TN
KNOXVILLE, TN

United States of America
v.
BRENDAN ORTIZ

)
)
)
)
)

Case No. 3:18CR176

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **BRENDAN ORTIZ**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

the defendant did combine, conspire, confederate, and agree with one another and others to knowingly, intentionally and without authority, distribute and possess with intent to distribute, Alprazolam, a Schedule IV controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

Date: 11/7/18

City and state: Knoxville, TN

*Issuing officer's signature*

JOHN L. MEDEARIS, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

FID # 10735723

1974-1107-0333-J